IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LINDA CASEY, on behalf of <br> LISA SHADOWEN-JEET, | ) <br> ) <br> ) | |
| Plaintiff | ) <br> ) | |
| vs. | ) <br> ) | No. CIV-07-617-C |
| MICHAEL J. ASTRUE, <br> Commissioner, Social Security <br> Administration, | ) <br> ) <br> ) <br> ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on March 25, 2008.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in its entirety, and this matter is remanded to the Commissioner for further administrative proceedings.  A judgment shall enter accordingly.

IT IS SO ORDERED this 29th day of April, 2008.

ROBIN J. CAUTHRON
United States District Judge